1  MADELINE L. BUTY [SBN 157186]
   BUTY & CURLIANO LLP
2  555 City Center
   555 – 12th Street, Suite 1280
3  Oakland, California 94607
   Tel:    510.267.3000
4  Fax:   510.267.0117
   Email: mlb@butycurliano.com
5
   Attorneys for Defendant
6  BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KARI PRESTON,                          ) Case No.  C073861 BZ
                                          )
12              Plaintiffs,                ) [PROPOSED] ORDER RE MOTION TO
                                          ) DISMISS PLAINTIFF'S CLAIM FOR
13      v.                                ) RELIEF AGAINST SHORE
                                          ) TERMINALS, DOE DEFENDANTS
14 UNITED STATES OF AMERICA, BAE          ) PURSUANT TO RULE 12(b)(6) OF THE
   SYSTEMS SF SHIP REPAIR, INC. and DOES 1) FEDERAL RULES OF CIVIL
15 through 10, Inclusive,                  ) PROCEDURE OR, IN THE
                                          ) ALTERNATIVE, A MOTION FOR
16              Defendants.                ) MORE DEFINITE STATEMENT
                                          ) PURSUANT TO RULE 12(e)
17                                         )
                                          ) DATE:  December 19, 2007
18                                         ) TIME:  10:00 a.m.
                                          ) JUDGE: Honorable Magistrate Judge
19                                         )        Bernard Zimmerman
                                          ) COURTROOM: G, 15th Floor
20

21
        The Motion of Defendant BAE Systems San Francisco Ship Repair Inc., erroneously named
22
   herein as BAE Systems SF Ship Repair, Inc. (hereinafter "BAE") to Dismiss Plaintiff's Claim for
23
   Relief Against Shore Terminals, Doe Defendants Pursuant to Rule 12(b)(6) of the Federal Rules of
24
   Civil Procedure or, in the Alternative, a Motion for More Definite Statement Pursuant to Rule
25
   12(e), came on regularly for hearing on December 19, 2007 in Courtroom G, 15th Floor of the
26
   United States District Court, Northern District, the Honorable Magistrate Judge Bernard
27

28

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

1

CASE NO. C073861
[PROPOSED] ORDER RE MOTION TO DISMISS PLAINTIFF'S CLAIM PURSUANT TO RULE 12(b)(6)

Zimmerman presiding. Madeline L. Buty appeared for defendant and moving party. Plaintiff and opposing party were represented by the Law Offices of Lyle C. Cavin, Jr.

Having consider the papers filed and served herein as well as oral arguments of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED:

Defendant's Motion to Dismiss Plaintiff's Claim for Relief Against Shore Terminals, Doe Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted. Plaintiff's complaint fails to state a claim for which relief may be granted against defendant BAE.

DATED:_____

BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

**CERTIFICATE OF SERVICE**

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 555 City Center, 555 – 12th Street, Suite 1280, Oakland, California 94607.

On October 12, 2007, I served the attached:

**[PROPOSED] ORDER RE MOTION TO DISMISS PLAINTIFF'S CLAIM FOR RELIEF AGAINST SHORE TERMINALS, DOE DEFENDANTS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, IN THE ALTERNATIVE, A MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
T: 510.444.2501
F: 510.444.4209
**Attorneys for Plaintiff**

____ (By Facsimile Machine) on all parties in said action by transmitting a true and correct copy thereof from our office facsimile machine to the facsimile machine numbers shown in this proof of service and/or the attached list. Following transmission, a Transmission Report was received from our fax machine indicating that the transmission had been transmitted without error.

_XX_ (By Mail) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Buty & Curliano LLP, which mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Alameda.

____ (By Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed envelope/packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at Oakland, California, and addressed as set forth above.

____ (By Personal Service) by causing to be personally delivered a true copy thereof to the addressee above.

I declare under penalty of perjury under the laws of the State of California and certify under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on October 12, 2007, at Oakland, California.

*[signature]*
ROBIN LOKOLLO