# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

October 15, 2007

To:   **Madeline L. Buty**
Buty & Curliano LLP
555 City Center
555 12th Street, Suite 1280
Oakland, CA 94607

Re: Kari Preston v. United States of America, et al. - C07-3861 BZ

Dear Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for November 26, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_____/s/ Lashanda Scott_____
By:   Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd