UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARI PRESTON, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-3861 BZ |
| | ) | |
| v. | ) | **ORDER MODIFYING BRIEFING** |
| | ) | **SCHEDULE ON MOTION OF BAE** |
| UNITED STATES OF AMERICA, | ) | **SYSTEMS SAN FRANCISCO SHIP** |
| BAE SYSTEMS SF SHIP REPAIR, | ) | **REPAIR INC. TO DISMISS, OR** |
| INC., et al., | ) | **IN THE ALTERNATIVE FOR A** |
| | ) | **MORE DEFINITE STATEMENT** |
| Defendant(s). | ) | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

BAE Systems SF Ship Repair, Inc.'s motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) is set for hearing on **December 19, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for BAE Systems SF Ship Repair, Inc.'s motion is modified as follows: Any opposition to shall be filed no later than **November 2,**

1

1 | **2007.** Any reply shall be filed no later than **November 9,**
2 | **2007.**
3 | Dated: October 15, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Preston\Order Modifying Briefing Schedule.wpd