```
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail:       jeanne.franken@usdoj.gov
              geoff.owen@usdoj.gov

Attorneys of Defendant & Cross-claimant
United States of America
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI PRESTON, | CIVIL NO. C-07-3861-BZ |
| Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive, | |
| Defendant. | |
| UNITED STATES OF AMERICA | |
| Cross-complainant | |
| v. | |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. | |

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE        1                C-07-3861-BZ

|   |                                      |   |
|---|--------------------------------------|---|
| 1 |                                    ) |   |
| 2 |    Cross-defendants.               ) |   |
|   | _____) |   |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:    October 22, 2007
                PETER D. KEISLER
                Assistant Attorney General
                SCOTT N. SCHOOLS
                United States Attorney
                R. MICHAEL UNDERHILL
                Attorney in Charge, West Coast Office
                Torts Branch, Civil Division
                JEANNE M. FRANKEN
                Trial Attorney
                Torts Branch, Civil Division


                  /s G. D. OWEN
                GEOFFREY D. OWEN
                Trial Attorney
                Torts Branch, Civil Division
                U.S. Department of Justice

                Attorneys for Defendant & Cross-claimant
                United States of America