**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                         General Court Number
Clerk                                                                                                                   415.522.2000

**October 24, 2007**

**CASE NUMBER:  CV 07-03861 BZ**
**CASE TITLE:  KARI PRESTON-v-USA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/24/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                    Special Projects
Log Book Noted                                                             Entered in Computer 10/25/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                 Transferor CSA