MADELINE L. BUTY [SBN 157186]
BUTY & CURLIANO LLP
555 City Center
555 – 12th Street, Suite 1280
Oakland, California 94607
Tel:    510.267.3000
Fax:   510.267.0117
Email:  mlb@butycurliano.com

Attorneys for Defendant
**BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI PRESTON,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC. and DOES 1 through 10, Inclusive,<br><br>          Defendants. | Case No.  C 07-03861 PJH<br><br>**ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF DEFENDANT UNITED STATES OF AMERICA** |

For its answer to the United States of America's ("USA") cross-claim, BAE Systems San Francisco Ship Repair Inc. ("BAE"), admits, denies, and otherwise responds as follows:

**RESPONSE TO CROSS-CLAIMS OF THE UNITED STATES OF AMERICA**

39. Answering paragraph 39, BAE is unable to admit, deny or otherwise respond to USA's admissions, denials, responses and affirmative defenses to plaintiff's complaint.

40. Answering paragraph 40, BAE denies each and every allegation of paragraph 40, except admits and asserts that this case appears to be subject to admiralty and maritime jurisdiction.

41. Answering paragraph 41, BAE admits USA is a sovereign authorized to sue under 28 U.S.C. § 1345 and was the owner of the M/V CAPE MOHICAN.

1

CASE NO.  C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF
DEFENDANT UNITED STATES OF AMERICA

42. Answering paragraph 42, BAE denies each and every allegation of paragraph 42 for lack of knowledge and information.

43. Answering paragraph 43, BAE admits the allegations in this paragraph.

44. Answering paragraph 44, BAE denies each and every allegation of paragraph 44, except admits and asserts that pursuant to the request and direction of USA, BAE removed and replaced some asbestos ceiling tiles on board the M/V CAPE MOHICAN after being instructed by the USA not to replace the ceiling tiles with non-asbestos tiles.

45. To the extent paragraph 45 contains assertions of law, no response is required by BAE. Answering paragraph 45, BAE denies each and every allegation of paragraph 45 for lack of knowledge and information. BAE was to perform its work in a safe, proper, skillful and workmanlike manner.

46. To the extent paragraph 46 contains assertions of law, no response is required by BAE. Answering paragraph 46, BAE denies each and every allegation of paragraph 46 for lack of knowledge and information. USA fails to identify what federal, state and industry regulations it is referring to, attach the contract it is referring to, or site to any particular paragraph or section of said contract which contains such provisions.

47. Answering paragraph 47, BAE denies each and every allegation of paragraph 47. USA does not attach the contract it is referring to or site to any particular paragraph or section of said contract which contains such provisions. BAE admits it was obligated to and did comply with laws and regulations associated with the appropriate method of asbestos abatement.

48. Answering paragraph 48, BAE admits the allegations in this paragraph.

49. Answering paragraph 49, BAE admits the allegations in this paragraph.

50. Answering paragraph 50, BAE admits the allegations in this paragraph.

51. Answering paragraph 51, BAE denies each and every allegation of paragraph 42 for lack of knowledge and information.

////

////

CASE NO. C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF DEFENDANT UNITED STATES OF AMERICA

### RESPONSE TO FIRST CROSS-CLAIM BY CROSS-CLAIMANT UNITED STATES OF AMERICA AGAINST CROSS-DEFENDANT BAE

52. Answering paragraph 52, BAE is unable to admit, deny or otherwise respond to USA's admissions, denials, responses and affirmative defenses to plaintiff's complaint made in paragraphs 1-39 of its answer to plaintiff's complaint. BAE realleges and incorporates by reference the admissions, allegations, and denials in paragraphs 40 through 51 of this answer as though fully set forth herein.

53. Answering paragraph 53, BAE denies the allegations in this paragraph.

54. Answering paragraph 54, BAE denies the allegations in this paragraph.

55. Answering paragraph 55, BAE denies the allegations in this paragraph.

### RESPONSE TO SECOND CROSS-CLAIM BY CROSS-CLAIMANT UNITED STATES OF AMERICA AGAINST CROSS-DEFENDANT BAE

56. Answering paragraph 56, BAE is unable to admit, deny or otherwise respond to USA's admissions, denials, responses and affirmative defenses to plaintiff's complaint made in paragraphs 1-39 of its answer to plaintiff's complaint. BAE realleges and incorporates by reference the admissions, allegations, and denials in paragraphs 40 through 55 of this answer as though fully set forth herein.

57. Answering paragraph 57, BAE denies the allegations in this paragraph.

58. Answering paragraph 58, BAE denies the allegations in this paragraph.

### RESPONSE TO SECOND CROSS-CLAIM BY CROSS-CLAIMANT UNITED STATES OF AMERICA AGAINST CROSS-DEFENDANT BAE

59. Answering paragraph 59, BAE is unable to admit, deny or otherwise respond to USA's admissions, denials, responses and affirmative defenses to plaintiff's complaint made in paragraphs 1-39 of its answer to plaintiff's complaint. BAE realleges and incorporates by reference the admissions, allegations, and denials in paragraphs 40 through 58 of this answer as though fully set forth herein.

60. Answering paragraph 60, BAE denies the allegations in this paragraph.

3

CASE NO.  C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF DEFENDANT UNITED STATES OF AMERICA

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

61. Answering paragraph 61, BAE denies the allegations in this paragraph.

62. Answering paragraph 62, BAE denies the allegations in this paragraph.

63. Answering paragraph 63, BAE denies the allegations in this paragraph.

64. Answering paragraph 64, BAE denies the allegations in this paragraph.

65. Answering paragraph 65, BAE denies the allegations in this paragraph.

66. Answering paragraph 66, BAE denies the allegations in this paragraph.

**AFFIRMATIVE DEFENSES**

67. AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that cross-claimant's complaint, and each cross-claim therein, fails to state facts sufficient to constitute a cause of action against BAE.

68. AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that cross-claimant's complaint, and each cause of action therein, is uncertain as to the allegations pled against BAE.

69. AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that if plaintiff sustained damages or injuries as a result of matters alleged in her complaint, those damages or injuries were caused in whole or in part by the negligence and/or fault of plaintiff herself and was not caused or contributed to in any manner by any negligence and/or fault of BAE, its agents, servants, employees, or others for whom it was or is responsible.

70. AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that the sole and/or partial proximate cause of the damages were due to the negligence, strict liability, and fraud of other persons and other parties, including defendant USA, through whose conduct BAE is not responsible and BAE requests that the court or trier of fact apportion comparative fault among those responsible persons and parties under the doctrine of comparative negligence or comparative fault and/or based upon the doctrine of equitable indemnity and contribution.

71. AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that cross-claimant was careless and negligent in and about the matters

////

4

CASE NO. C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF DEFENDANT UNITED STATES OF AMERICA

alleged in the cross-claims, and that said carelessness and negligence resulted in a breach of cross-claimant's obligations to BAE, such that cross-claimant is not entitled to the full amount of the monies that may be due and owing.

71.   AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM, BAE alleges that plaintiff failed to join all necessary and indispensable parties to this action.

72.   AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT, BAE reserves the right to allege other affirmative defenses as they may become known through the course of discovery.

WHEREFORE, BAE requests judgment as follows:

1.   That cross-claimant takes nothing by the cross-complaint, which will be dismissed with prejudice;

2.   That if any judgment is entered in favor of plaintiff and against BAE

3.   That BAE recover from cross-claimant costs, expenses and reasonable attorney's fees incurred by BAE in the defense of plaintiff's complaint and this cross-complaint;

4.   That the Court order further reasonable relief;

DATED: November 13, 2007          BUTY & CURLIANO LLP


By:   /S/MADELINE L. BUTY
      MADELINE L. BUTY
      Attorneys for BAE
      BAE SYSTEMS SAN FRANCISCO
      SHIP REPAIR INC.

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

5

CASE NO.  C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF
DEFENDANT UNITED STATES OF AMERICA

# PROOF OF SERVICE

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 555 City Center, 555 – 12th Street, Suite 1280, Oakland, California 94607.

On November 13, 2007, I served the attached:

**ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM, AND CROSS-CLAIM AGAINST CO-DEFENDANT UNITED STATES OF AMERICA**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
T: 510.444.2501
F: 510.444.4209
**Attorneys for Plaintiff**

U.S. DEPARTMENT OF JUSTICE
7-5395 Federal Building
450 Golden Gate Avenue
San Francisco, California 94102
T: 415.436.6635
F: 415.436.6646
**Attorneys for Defendant/Cross-Complaint/Cross-Defendant**
**UNITED STATES OF AMERICA**

____ (By Facsimile Machine) on all parties in said action by transmitting a true and correct copy thereof from our office facsimile machine to the facsimile machine numbers shown in this proof of service and/or the attached list. Following transmission, a Transmission Report was received from our fax machine indicating that the transmission had been transmitted without error.

_XX_ (By Mail) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Buty & Curliano LLP, which mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Alameda.

____ (By Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed envelope/packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at Oakland, California, and addressed as set forth above.

1  ____ (By Personal Service) by causing to be personally delivered a true copy thereof to the addressee above.

I declare under penalty of perjury under the laws of the State of California and certify under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on November 13, 2007, at Oakland, California.

                        /S/ROBIN LOKOLLO
                        ROBIN LOKOLLO

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.287.3000

7

CASE NO.  C 07-03861 PJH
ANSWER OF BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. TO CROSS-CLAIM OF DEFENDANT UNITED STATES OF AMERICA