LAW OFFICES OF LYLE C. CAVIN, JR.
LYLE C. CAVIN, JR., SBN 44958
RONALD H. KLEIN, SBN 32551
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone     510-444-2501
Facsimile     510-444-4209
Attorneys for Plaintiff, KARI PRESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI PRESTON, | Case No. C 07-03861 PJH |
| Plaintiff, | **STIPULATION REQUESTING CONTINUANCE OF CMC and EXTENDING TIME FOR RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC. and DOES 1 through 10, Inclusive, | |
| Defendants.               / | |

The parties to this case agree and stipulate as follows:

The court is requested to continue the Case Management Conference presently set for January 10, 2008, and reset for any day March 3, 2008, or thereafter.  Counsel have conflicts during the interim periods.

The continuance is appropriate because Plaintiff counsel has this day filed an amended complaint in accordance with the order dismissing the original complaint on motion of BAE.  This will require a new response by USA as well as BAE, and there will likely be a new cross-claim and response thereto.

It is agreed that both Defendants may have thirty days to respond to the amended complaint filed December 20, 2007, as well as to file cross-claims or

counterclaims as appropriate, without waiving any rights or defenses, including jurisdictional defenses.

    The parties and counsel appreciate the court's assistance.

December 20, 2007                          /S/
                                                              Ronald H. Klein
                                                               Law Offices Of Lyle C. Cavin, Jr.
                                                               Attorneys For Plaintiff, Kari Preston

December 19, 2007                          /S/
                                                              Geoffrey D. Owen
                                                               Torts Branch, Civil Div.
                                                               U.S. Dept. of Justice
                                                               Attorneys for Defendant USA

December 20, 2007                        /S/
                                                              Madeline L. Buty
                                                               Buty & Curliano
                                                               Attorneys for Defendant BAE
                                                               Systems San Francisco Ship Repair, Inc.

    It is so ordered.

December    , 2007

                                                               Phyllis J. Hamilton
                                                               United States District Judge