UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARI PRESTON,

    Plaintiff(s),　　　　　　　　　　No. C 07-3861 PJH

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **March 6, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** January 10, 2008 , in this matter. A joint case management conference statement shall be filed by February 28, 2008.

                                      Richard W. Wieking
                                      Clerk, U.S. District Court

                                      by:_____
                                      Nichole Heuerman, Deputy Clerk
                                      Honorable Phyllis J. Hamilton
                                      (415) 522-2023

Dated: January 2, 2008