AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>KARI PRESTON | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC. and DOES 1 through 10, Inclusive, | CASE NUMBER: C 07-03861 PJH |

V. THIRD PARTY DEFENDANT

SEACOAST ELECTRONICS, INC.

TO: (Name and address of defendant)

SEACOAST ELECTRONICS, INC.
240 Talleyrand Ave., Jacksonville, FL 32202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| LAW OFFICES OF LYLE C. CAVIN, JR.<br>201 Fourth Street, Suite 102<br>Oakland, California 94607 | BUTY & CURLIANO LLP, 555 – 12th Street, Ste 1280, Oakland, CA 94607 - Aty Def. & Third Party Pltf. BAE SYSTEMS SAN FRANCISCO SHIP REPAIR INC.<br>U.S. Department of Justice, 450 Golden Gate Ave., San Francisco, CA 94102 - Aty Def. USA |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upo you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**          01/24/08

CLERK          DATE

(BY) DEPUTY CLERK