# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Preston,<br><br>      Plaintiff(s),<br><br>  v.<br><br>United States of America,<br><br>      Defendant(s). | 07-03861 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03861 PJH          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

                                  */s/ Timothy Smagacz*
                                  ADR Administrative Assistant
                                  415-522-4205
                                  Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:        Preston v. United States of America

Case Number:    07-03861 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Lyle C. Cavin Jr.
> Law Offices of Lyle C. Cavin, Jr.
> 201 Fourth Street, Suite 102
> Oakland, CA 94607
> cavin@earthlink.net
>
> Ronald H. Klein
> Law Offices of Lyle C. Cavin, Jr.
> 201 Fourth Street, Suite 102
> Oakland, CA 94607
> cavin@earthlink.net
>
> Geoffrey David Owen
> U.S. Department of Justice
> PO Box 36026, 450 Golden Gate Ave., Room 7-5395
> Civil Division, Torts Branch, West Coast Office
> San Francisco, CA 94102
> geoff.owen@usdoj.gov
>
> Jeanne M. Franken
> U.S. Depart of Justice

450 Golden Gate Ave., Room 7-5395
P.O. Box 36028
Torts Branch, Civil Division
San Francisco, CA 94102
jeanne.franken@usdoj.gov

Madeline L. Buty
Buty & Curliano LLP
555 City Center
555 12th Street, Suite 1280
Oakland, CA 94607
mlb@butycurliano.com

Khaled Taqi-Eddin
Buty & Curliano LLP
555 12th Street
Suite 1280
555 City Center
Oakland, CA 94517
kte@butycurliano.com

BAE Systems SF Ship Repair, Inc.
,

Seacoast Electronics, Inc.
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:   Timothy J. Smagacz
>
>*Timothy Smagacz*
>―――――――――――――――――――
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov