1  Clark J. Burnham, CASB# 041792
   Ronnie R. Gipson, Jr., CASB# 237673
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone:   (510) 444-6800
6  Facsimile:   (510) 835-6666
   Email:       cburnham@burnhambrown.com
7               rgipson@burnhambrown.com

8  Attorneys for Cross-Defendant
   SEACOAST ELECTRONICS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  KARI PRESTON,                          No. C-07-03861-PJH

14          Plaintiff,                     **CROSS-DEFENDANT SEACOAST ELECTRONICS, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

15  v.

16  UNITED STATES OF AMERICA, BAE
    SYSTEMS SF SHIP REPAIR, INC. and
17  DOES 1 through 10, inclusive,

18          Defendants.

19  ─────────────────────────────────
    AND RELATED CROSS-CLAIM(S).
20

21

22          Pursuant to Federal Rules of Civil Procedure Rule 71 and Civil Local Rule 3-16, the

23  undersigned certifies that the following listed persons, associations of persons, firms,

24  partnerships, corporations (including parent corporations) or other entities (i) have a financial

25  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

26  financial interest in that subject matter or in a party that could be substantially affected by the

27  outcome of this proceeding:

28

1 |    1.   Art Thomas Sr.

2 |    2.   Bob Stroder

DATED: February 22, 2008

BURNHAM BROWN

By _____/s/ Ronnie R. Gipson_____
CLARK BURNHAM
RONNIE R. GIPSON, JR.
Attorneys for Cross-Defendant
SEACOAST ELECTRONICS, INC.

848329

| | |
|---|---|
| Re: | *Kari Preston v. United States of America, et al. and Related Cross-Actions* |
| Court: | U. S. District Court, Northern District of California |
| Action No: | C-07-03861-PJH |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On February 22, 2008, I served the following document(s) in the following manner(s):

**CROSS-DEFENDANT SEACOAST ELECTRONICS, INC.'S
CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

| | |
|---|---|
| ☒ **MAIL:** Pursuant to this business's practice for collecting and processing documents for mailing, on the same day that documents are placed for collection, they are deposited with the United States Postal Service in a sealed envelope with postage fully prepaid. | ☐ **FACSIMILE:** By transmitting a true copy via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was ____. |
| ☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above. | ☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below. |
| ☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below. | ☐ **ELECTRONIC TRANSMISSION:** By electronically transmitting the document(s) listed via electronic mail to: ____. The transmission was reported as complete and without error. |

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   February 22, 2008

*/s/ Elizabeth Bates*
Elizabeth Bates

833360

PROOF OF SERVICE                                                                 Case No. C-07-03861-PJH

Re:         *Kari Preston v. United States of America, et al. and Related Cross-Actions*
Court:      U. S. District Court, Northern District of California
Action No:  C-07-03861-PJH

## SERVICE LIST

| | |
|---|---|
| Lyle C. Calvin, Jr.<br>Ronald H. Klein<br>LAW OFFICES OF LYLE C. CALVIN, JR.<br>201 Fourth Street, Suite 102<br>Oakland, CA 94607<br>Tel.: (510) 444-2501<br>Fax: (510) 444-4209 | Attorneys for Plaintiff<br>KARI PRESTON |
| Madeline L. Buty<br>Kaled Taqi-Eddin<br>BUTY & CURLIANO LLP<br>555 12th Street, Suite 1280<br>Oakland, CA 94607<br>Tel.: (510) 267-3000<br>Fax: (510) 267-0117 | Attorneys for Defendant/Cross-Complainant<br>BAE SYSTEMS SF SHIP REPAIR, INC. |
| U. S. DEPARTMENT OF JUSTICE<br>7-5395 Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Tel.: (415) 436-6635<br>Fax: (415) 436-6646 | Attorneys for Defendant/Cross-Complainant/Cross-Defendant<br>UNITED STATES OF AMERICA |

848444