UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KARI PRESTON

                Plaintiff(s),

v.

UNITED STATES OF AMERICA; et al.

                Defendant(s).
_____/

Case No. C-07-03861-PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____

                                      _____
                                      [Party]
                                      BUTY & CURLIANO

Dated: 2/22/08

                                      /S/MADELINE L. BUTY
                                      [Counsel]

                                      MADELINE L. BUTY
                                      Attorneys for Defendant
                                      BAE SYSTEMS SAN FRANCISCO
                                      SHIP REPAIR INC.