1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4
5  KARI PRESTON,                    )   CIVIL NO.  C-07-3861-PJH
                                    )
           Plaintiff,                )   NOTICE OF NEED FOR ADR PHONE
6                                   )   CONFERENCE
           v.                        )
7                                   )
   UNITED STATES OF AMERICA,         )
8  BAE SYSTEMS SF SHIP REPAIR,       )
   INC., and DOES 1 through 10,      )
9   Inclusive,                       )
                                    )
10          Defendant.                )
                                    )
11 ─────────────────────────────────  )
                                    )
   UNITED STATES OF AMERICA          )
12                                   )
           Cross-claimant             )
13                                   )
           v.                        )
14                                   )
   BAE SYSTEMS SAN FRANCISCO         )
15 SHIP REPAIR, INC.                 )
                                    )
16          Cross-defendant.          )
                                    )
17 ─────────────────────────────────  )
                                    )
   BAE SYSTEMS SAN FRANCISCO         )
18 SHIP REPAIR, INC.                 )
                                    )
19          Cross-Claimant            )
                                    )
20          v.                       )
                                    )
21 UNITED STATES OF AMERICA          )
                                    )
22          Cross-defendant           )
                                    )
23 ─────────────────────────────────  )
                                    )
   BAE SYSTEMS SAN FRANCISCO         )
24 SHIP REPAIR, INC.                 )
                                    )
25          Cross-Claimant            )
                                    )
26          v.                       )
                                    )
27 SEACOAST ELECTRONICS, INC.,       )

28 NOTICE OF NEED FOR ADR PHONE
   CONFERENCE                             1                      C-07-3861-PJH

|   |   |   |
|---|---|---|
| 1 | Cross-defendant | ) |
| 2 |   | ) |

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference 3/6/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representting | Phone No. | E-Mail |
|---|---|---|---|
| Ronald Klein | Kari Preston | (510) 444-2501 | rklein@sealawyer.com |
| Madeline Buty | BAE Systems | (510) 267-3000 | mlb@butycurliano.com |
| Ronnie R. Gipson, Jr. | SeaCoast Electronics | (510) 444-6800 | rgipson@burnhambrown.com |
| Jeanne Franken | United States | (415) 436-6644 | jeanne.franken@usdoj.gov |
| Geoffrey Owen | United States | (415) 436-6636 | geoff.owen@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

///

///

///

///

///

NOTICE OF NEED FOR ADR PHONE CONFERENCE        2        C-07-3861-PJH

| | | |
|---|---|---|
| Dated | 2/28/08 | /s/ Ronald H. Klein |
| | | Attorney for Kari Preston |
| Dated | 2/27/08 | /s/ Madeline Buty |
| | | Attorney for BAE Systems San Francisco Ship Repair |
| Dated | 2/27/08 | /s/ Ronnie R. Gipson Jr. |
| | | Attorney for SeaCoast Electronics |
| Dated | 2/28/08 | /s/ Geoffrey D. Owen |
| | | Attorney for United States |

NOTICE OF NEED FOR ADR PHONE CONFERENCE    3    C-07-3861-PJH