UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 6, 2008　　　　　　　　　　　　　　　JUDGE: Phyllis J. Hamilton

Case No: C-07-3861 PJH

Case Name: Kari Preston v. United States of America, et al.

Attorney(s) for Plaintiff:　　Ronald Klein
Attorney(s) for Defendant:　　Geoffrey Owen and Jeanne Franken (USA)
　　　　　　　　　　　　　　Madeline Buty (BAE Systems)
　　　　　　　　　　　　　　Darek Lim (Seacoast)

**Deputy Clerk**: Nichole Heuerman　　　　　　**Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.

REFERRALS:

[x] Case referred to ADR for Mediation to be completed within 6 months.

PRETRIAL SCHEDULE:

Non-Expert Discovery cutoff: 12/24/08
Expert disclosure: 1/15/09
Expert discovery cutoff: 3/6/09
Motions heard by: 2/25/09
Pretrial Conference: 6/4/09 at 2:30 p.m.
Trial: 6/22/09 at 8:30 a.m., for 6 days, by [] Jury [x] Court

Order to be prepared by:  [] Pl [] Def [x] Court

Notes:

cc: file; ADR