# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Preston,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>United States of America,<br><br>                    Defendant(s). | 07-03861 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

        **James Nebel**
        Flynn, Delich & Wise LLP
        One California St., Suite 350
        San Francisco, CA 94111
        415-693-5578
        jamesn@fdw-law.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03861 PJH MED                                    - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: March 27, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03861 PJH MED                - 2 -