JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
Telephone: (415) 436-6644
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6646
E-mail:        jeanne.franken@usdoj.gov
               chad.kauffman@usdoj.gov

Attorneys for Defendant & Cross-claimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON, | ) Civil No. C-07-3861-PJH |
| | ) |
| Plaintiff, | ) IN ADMIRALTY |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, BAE | ) NOTICE OF SUBSTITUTION OF |
| SYSTEMS SF SHIP REPAIR, INC., and | ) COUNSEL |
| DOES 1 through 10, Inclusive, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SUBSTITUTION OF COUNSEL          1          Case No. C 07-3861 PJH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Cross-Claimant, | ) |
| v. | ) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| Cross-Defendant. | ) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| Cross-Claimant, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Cross-Defendant, | ) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| Cross-Claimant, | ) |
| v. | ) |
| SEACOAST ELECTRONICS, INC., | ) |
| Cross-Defendant. | ) |

PLEASE TAKE NOTICE that Government counsel, GEOFFREY D. OWEN, is no longer handling cases with this office.  Jeanne M. Franken remains as lead counsel for the Government, and the following individual should be substituted for Mr. Owen:

//

1  CHAD KAUFFMAN
2  Trial Attorney
   Torts Branch, Civil Division
3  U.S. Department of Justice
   P.O. Box 36028
4  450 Golden Gate Avenue, Room 7-5395
5  San Francisco, California  94102-3463
   Telephone: (415) 436-6646
6  Facsimile:  (415) 436-6632
7  E-mail: chad.kauffman@usdoj.gov

8      Pleadings, documents and correspondence previously sent to Mr. Owen in this action
9
   should henceforth be sent to the above-listed counsel.  Ms. Franken should still receive
10
   copies as well.
11
12 Dated: April __9__, 2008          JEFFREY S. BUCHOLTZ
                                     Acting Assistant Attorney General
13                                   SCOTT N. SCHOOLS
14                                   United States Attorney
                                     R. MICHAEL UNDERHILL
15                                   Attorney in Charge, West Coast Office
16                                   Torts Branch, Civil Division

17
18                                   JEANNE M. FRANKEN
19                                   Trial Attorney
                                     CHAD KAUFFMAN
20                                   Trial Attorney
21                                   Torts Branch, Civil Division
                                     U.S. Department of Justice
22
23                                   Attorneys for Defendant & Cross-claimant,
                                     United States of America
24
25
26
27
28
   NOTICE OF SUBSTITUTION OF COUNSEL          3          Case No. C 07-3861 PJH

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing NOTICE OF SUBSTITUTION OF COUNSEL was served on the following on April 7, 2008:

Served Electronically through CM/ECF:

Ronald H. Klein                           cavin@earthlink.net

Madeline L. Buty                          kte@butycurliano.com

Ronnie R. Gipson                          cburnham@burnhambrown.com

JEANNE M. FRANKEN