```
 1  Clark J. Burnham, CASB# 041792
    Ronnie R. Gipson, Jr., CASB# 237673
 2  BURNHAM BROWN
    A Professional Law Corporation
 3  P.O. Box 119
    Oakland, California 94604
 4  ---
    1901 Harrison Street, 11th Floor
 5  Oakland, California 94612
    Telephone:   (510) 444-6800
 6  Facsimile:   (510) 835-6666
    Email:       cburnham@burnhambrown.com
 7               rgipson@burnhambrown.com

 8  Attorneys for Third-Party Defendant
    SEACOAST ELECTRONICS, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARI PRESTON, | No. C-07-03861-PJH |
|---|---|
| Plaintiff, | **THIRD-PARTY DEFENDANT SEACOAST ELECTRONICS, INC.'S NOTICE OF UNAVAILABILITY** |
| v. | |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |
| BAE SYSTEMS SF SHIP REPAIR, INC., | |
| Third-Party Claimant, | |
| v. | |
| SEACOAST ELECTRONICS, INC., | |
| Third-Party Defendant. | |

TO ALL PARTIES HEREIN AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that commencing June 30, 2008, continuing through and including, July 7, 2008, Ronnie R. Gipson, Jr., Counsel for Third-Party Defendant SEACOAST ELECTRONICS, INC, will be on vacation and will be unavailable for any purpose whatsoever, including but not limited to, receiving notice of any kind, responding to ex parte applications,

1
THIRD-PARTY DEFENDANT SEACOAST ELECTRONICS, INC.'S NOTICE OF UNAVAILABILITY        No. 07-03861 PJH

1  appearing in court, or attending depositions.

2      This Notice is given pursuant to Tenderloin Housing Clinic v. Sparks, 8 Cal. App. 4th

3  299 (1992). Purposefully scheduling a conflicting proceeding without good cause during the

4  period of notice is sanctionable conduct under the Tenderloin case.

5  DATED: June 13, 2008        BURNHAM BROWN

By *[signature]*
RONNIE R. GIPSON, JR.
Attorneys for Cross-Defendant
SEACOAST ELECTRONICS, INC.

868104

Re: *Kari Preston v. United States of America, et al. and Related Cross-Actions*
Court: U. S. District Court, Northern District of California
Action No: C-07-03861-PJH

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On June 13, 2008, I served the following document(s) in the following manner(s):

**THIRD-PARTY DEFENDANT SEACOAST ELECTRONICS, INC.'S
NOTICE OF UNAVAILABILITY**

| | |
|---|---|
| ☒ **MAIL:** Pursuant to this business's practice for collecting and processing documents for mailing, on the same day that documents are placed for collection, they are deposited with the United States Postal Service in a sealed envelope with postage fully prepaid. | ☐ **FACSIMILE:** By transmitting a true copy via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was ____. |
| ☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above. | ☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below. |
| ☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below. | ☐ **ELECTRONIC TRANSMISSION:** By electronically transmitting the document(s) listed via electronic mail to: See Attached Service List. The transmission was reported as complete and without error. |

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 13, 2008

*Elizabeth Bates*
Elizabeth Bates

833360

| | |
|---|---|
| Re: | *Kari Preston v. United States of America, et al. and Related Cross-Actions* |
| Court: | U. S. District Court, Northern District of California |
| Action No: | C-07-03861-PJH |

## SERVICE LIST

Lyle C. Cavin, Jr.
Ronald H. Klein
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, CA 94607
Tel.: (510) 444-2501
Fax: (510) 444-4209
Email: lcavin@clawyer.com
Email: rklein@clawyer.com

Attorneys for Plaintiff
KARI PRESTON

Madeline L. Buty
Kaled Taqi-Eddin
BUTY & CURLIANO LLP
555 12th Street, Suite 1280
Oakland, CA 94607
Tel.: (510) 267-3000
Fax: (510) 267-0117
Email: mlb@butycurliano.com
Email: ket@butycurliano.com

Attorneys for Defendant/Cross-Complainant
BAE SYSTEMS SF SHIP REPAIR, INC.

Jeanne Franken
U. S. DEPARTMENT OF JUSTICE
7-5395 Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Tel.: (415) 436-6635
Fax: (415) 436-6646
Email: jeanne.franken@usdoj.gov

Attorneys for Defendant/Cross-Complainant/Cross-Defendant
UNITED STATES OF AMERICA

848444