LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
Kari Preston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI PRESTON, | Case No. C-07-03861 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER GRANTING A TRIAL CONTINUANCE OR IN THE ALTERNATIVE GRANTING A NEW SCHEDULING CONFERENCE** |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC. and DOES 1 through 10, Inclusive, | |
| Defendants.           / | |
| AND RELATED CROSS-CLAIMS.      / | |

    The parties hereto, through the undersigned consents of their counsel of record, do hereby agree and respectfully request that the trial date in this seaman's injury action, presently June 22, 2009, be reset for November of 2009, or sometime thereafter, and that all pretrial dates be rescheduled in accordance with the new trial date. The parties have not previously sought to extend any dates in this case, and do not anticipate requesting any further extension.

    Plaintiff's deposition has been convened, but not yet completed; the records of the

initially disclosed medical providers have been obtained; plaintiff has responded to written discovery by the United States; plaintiff has been given releases for additional records; and the parties are cooperating to schedule depositions of some of the key percipient witnesses in the immediate future. However, additional percipient witnesses and medical providers were recently discovered; witnesses are mostly not local and are scattered across the United States, and deposing them will entail numerous trips to other states; and coordinating counsel's schedules for discovery in this multi-party case has presented some difficulties. Given the amount of discovery remaining, the parties are particularly concerned that the mediation, which is set for August 25, 2008 may not be productive at this point, and should be continued for at least three months.

Should the Court not be inclined to grant this joint request to continue all dates approximately five months, the parties request that a further case management conference be convened in the near future for the purpose of discussing scheduling.


Dated: June 27, 2008                    LAW OFFICES OF LYLE C. CAVIN, JR.


                                        By: _____/s/_____
                                            Christopher W. Goodroe
                                            Attorneys for Plaintiff
                                            KARI PRESTON


Dated: June 27, 2008                    UNITED STATES OF AMERICA


                                        By: _____/s/_____
                                            Jeanne M. Franken
                                            Trial attorney
                                            Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Attorneys for Defendant
                                            United States of America

Dated: June 27, 2008                                                    BURNAM BROWN


                                                    By: _____/s/_____
                                                          Ronnie R. Gipson
                                                       Attorneys for Cross-Defendant
                                                         SEACOAST ELECTRONICS


Dated: June 27, 2008                                                  BUTY & CURLIANO LLP


                                                    By: _____/s/_____
                                                              Madeline Buty
                                                          Attorneys for Defendant
                                                       BAE SYSTEMS SAN FRANCISCO



    IT IS SO ORDERED this _____ day of _____, 2008, in San Francisco, California.


                                                              _____
                                                                        USCD Judge