LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone:  (510) 444-2501
Facsimile:  (510) 444-4209

Attorneys for Plaintiff
Kari Preston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI PRESTON, | Case No. C-07-03861 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING A TRIAL CONTINUANCE O~~R IN THE ALTERNATIVE GRANTING A NEW SCHEDULING CONFERENC~~**E |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC. and DOES 1 through 10, Inclusive, | |
| Defendants.                   / | |
| AND RELATED CROSS-CLAIMS.        / | |

The parties hereto, through the undersigned consents of their counsel of record, do

hereby agree and respectfully request that the trial date in this seaman's injury action,

presently June 22, 2009, be reset for November of 2009, or sometime thereafter, and that

all pretrial dates be rescheduled in accordance with the new trial date. The parties have

not previously sought to extend any dates in this case, and do not anticipate requesting

any further extension.

Plaintiff's deposition has been convened, but not yet completed; the records of the

initially disclosed medical providers have been obtained; plaintiff has responded to written discovery by the United States; plaintiff has been given releases for additional records; and the parties are cooperating to schedule depositions of some of the key percipient witnesses in the immediate future.  However, additional percipient witnesses and medical providers were recently discovered; witnesses are mostly not local and are scattered across the United States, and deposing them will entail numerous trips to other states; and coordinating counsel's schedules for discovery in this multi-party case has presented some difficulties.   Given the amount of discovery remaining, the parties are particularly concerned that the mediation, which is set for August 25, 2008 may not be productive at this point, and should be continued for at least three months.

Should the Court not be inclined to grant this joint request to continue all dates approximately five months, the parties request that a further case management conference be convened in the near future for the purpose of discussing scheduling.

Dated: June 27, 2008                              LAW OFFICES OF LYLE C. CAVIN, JR.


                                          By: _____/s/_____
                                                    Christopher W. Goodroe
                                                    Attorneys for Plaintiff
                                                    KARI PRESTON


Dated: June 27, 2008                              UNITED STATES OF AMERICA


                                          By: _____/s/_____
                                                    Jeanne M. Franken
                                                    Trial attorney
                                                    Torts Branch, Civil Division
                                                    U.S. Department of Justice
                                                    Attorneys for Defendant
                                                    United States of America

Stipulation And Proposed Order Granting A Trial Continuance (Case No. C-07-03861 PJH)

Dated: June 27, 2008                                    BURNAM BROWN


                                        By: _____/s/_____
                                                  Ronnie R. Gipson
                                            Attorneys for Cross-Defendant
                                              SEACOAST ELECTRONICS



Dated: June 27, 2008                                BUTY & CURLIANO LLP


                                        By: _____/s/_____
                                                   Madeline Buty
                                              Attorneys for Defendant
                                           BAE SYSTEMS SAN FRANCISCO



        IT IS SO ORDERED this __3rd____ day of ____July_____, 2008, in San

Francisco, California.


REVISED PRETRIAL ORDER TO BE FILED
SEPARATELY.

*(Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signature, Judge Phyllis J. Hamilton)*

Stipulation And Proposed Order Granting A Trial Continuance (Case No. C-07-03861 PJH)