MICHAEL F. HERTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644; (415) 436-6646
E-mail:       jeanne.franken@usdoj.gov
                   chad.kauffman@usdoj.gov

Attorneys for Defendant & Third-Party Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive,<br><br>           Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>           Cross-Claimant, | Civil No. C-07-3861-PJH<br><br>IN ADMIRALTY<br><br><br><br>STIPULATED ORDER TO<br><u>EXTEND ALL DATES</u><br>   AS MODIFIED BY THE COURT |

STIPULATED ORDER TO EXTEND ALL DATES     1     Case No. C 07-3861 PJH

|    |                                      |   |
|----|--------------------------------------|---|
| 1  | v.                                   | ) |
| 2  | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| 3  |                                      | ) |
| 4  |     Cross-Defendant. | ) |
| 5  | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| 6  |                                      | ) |
| 7  |     Cross-Claimant, | ) |
| 8  | v.                                   | ) |
| 9  | UNITED STATES OF AMERICA,            | ) |
| 10 |     Cross-Defendant, | ) |
| 11 | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
| 12 |                                      | ) |
| 13 |     Cross-Claimant, | ) |
| 14 | v.                                   | ) |
| 15 | SEACOAST ELECTRONICS, INC.,          | ) |
| 16 |     Cross-Defendant. | ) |
| 17 | UNITED STATES OF AMERICA,            | ) |
| 18 |                                      | ) |
| 19 |     Third-Party Plaintiff, | ) |
| 20 | v.                                   | ) |
| 21 | SEACOAST ELECTRONICS, INC.,          | ) |
| 22 |     Third-Party Defendant. | ) |

The parties hereto, through the undersigned consents of their counsel-of-record, do hereby jointly and respectfully request that all future dates, through and including trial herein, be continued for a period of approximately three months in order to permit the parties

to fully explore the possibility of settlement.  A settlement conference has been scheduled by Magistrate Judge Maria Elena James for the first available date of June 9, 2009, approximately three months from now.  Pursuant to the existing pretrial order, the parties are required to make their expert disclosures by the end of May when fact discovery is also scheduled to close.  For this reason, the parties agree and respectfully request that the current pretrial schedule be vacated, and reset as follows:

1. Fact discovery closes and expert disclosures due August 28, 2009;

2. Dispositive motion hearing deadline of October 7, 2009, with attendant filing deadline of September 2, 2009;

3. Expert discovery closes September 30, 2009;

4. Pretrial meet and confer b~~y December 2, 2009~~;  pursuant to case management order of 3/10/08

5. Pretrial Conference on J~~anuary 21, 2010~~, with *Daubert* motions filed thirty-five days in advance;
   May 6, 2010

6. All pretrial paperwork b~~y December 18, 2009~~;  pursuant to case management order of 3/10/08

7. Motions *in limine* filed b~~y January 8, 2010; and~~  pursuant to case management order of 3/10/08

8. Trial in late F~~ebruary of 2010~~, depending on the Court's calendar.
   June 14, 2010

///
///
///
///
///
///
///

STIPULATED ORDER TO EXTEND ALL DATES        3                    Case No. C 07-3861 PJH

1  The parties previously sought and obtained one extension in the pretrial schedule.

2  No further extensions are anticipated at this time.

Dated: March  13 , 2009          Law Offices of Lyle C. Cavin, Jr.

                                 s/Christopher Goodroe
                                 _____
                                 CHRISTOPHER GOODROE

                                 Attorneys for Plaintiff
                                 Kari Preston


Dated: March  13 , 2009          Buty & Curliano LLP

                                 s/Madeline L. Buty
                                 _____
                                 MADELINE L. BUTY

                                 Attorneys for Defendant
                                 Bae Systems SF Ship Repairs, Inc.


Dated: March  13 , 2009          Burnham Brown

                                 s/Ronnie R. Gipson
                                 _____
                                 RONNIE R. GIPSON

                                 Attorneys for Third-Party Defendant
                                 Seacoast Electronics, Inc.

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: March  13 , 2009 | MICHAEL F. HERTZ |
| 2 | | Acting Assistant Attorney General |
| | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| | | R. MICHAEL UNDERHILL |
| 4 | | Attorney in Charge, West Coast Office |
| 5 | | Torts Branch, Civil Division |
| 6 | | s/Jeanne M. Franken |
| 7 | | JEANNE M. FRANKEN |
| | | Trial Attorney |
| 8 | | Torts Branch, Civil Division |
| | | CHAD KAUFFMAN |
| 9 | | Trial Attorney |
| 10 | | Torts Branch, Civil Division |
| | | U.S. Department of Justice |

Attorneys for Defendant & Third-Party Plaintiff
United States of America

IT IS SO ORDERED this  18th  day of  March , 2009 in San Francisco, CA.

_____
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing STIPULATED ORDER TO EXTEND ALL DATES was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Ronald H. Klein | cavin@earthlink.net | March  13 , 2009 |
| Madeline L. Buty | Kte@butycurliano.com | March  13 , 2009 |
| Ronnie R. Gipson | Cburnham@burnhambrown.com | March  13 , 2009 |

   s/Jeanne M. Franken
JEANNE M. FRANKEN