TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644; (415) 436-6646
E-mail:    jeanne.franken@usdoj.gov
           chad.kauffman@usdoj.gov

Attorneys for Defendant & Third-Party Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON, | ) Civil No. C-07-3861-PJH |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive, | ) (~~PROPOSED~~) ORDER TO EXTEND TRIAL DATE |
| Defendants. | ) |
| UNITED STATES OF AMERICA, | ) |
| Cross-Claimant, | ) |

(PROPOSED)  ORDER TO EXTEND THE TRIAL DATE            1            Case No. C 07-3861 PJH

|   | v. | ) |
|---|---|---|
|   |   | ) |
|   | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
|   |   | ) |
|   | Cross-Defendant. | ) |
|   | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
|   |   | ) |
|   | Cross-Claimant, | ) |
|   |   | ) |
|   | v. | ) |
|   |   | ) |
|   | UNITED STATES OF AMERICA, | ) |
|   |   | ) |
|   | Cross-Defendant, | ) |
|   | BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) |
|   |   | ) |
|   | Cross-Claimant, | ) |
|   |   | ) |
|   | v. | ) |
|   |   | ) |
|   | SEACOAST ELECTRONICS, INC., | ) |
|   |   | ) |
|   | Cross-Defendant. | ) |
|   | UNITED STATES OF AMERICA, | ) |
|   |   | ) |
|   | Third-Party Plaintiff, | ) |
|   |   | ) |
|   | v. | ) |
|   |   | ) |
|   | SEACOAST ELECTRONICS, INC., | ) |
|   |   | ) |
|   | Third-Party Defendant. | ) |

The parties having stipulated to continue the trial date, and good cause appearing to support this joint request, it is therefore

ORDERED that the present trial date of June 14, 2010 is hereby vacated, and a new

trial date of ___August 9, 2010___ is hereby set.

    IT IS SO ORDERED this _5th_ day of __May____, 2009 in San Francisco, California.

_____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: May 1, 2009       /s Jeanne M. Franken
                                JEANNE M. FRANKEN
                                Trial Attorney
                                Torts Branch, Civil Division
                                CHAD KAUFFMAN
                                Trial Attorney
                                Torts Branch, Civil Division
                                U.S. Department of Justice

                                Attorneys for Defendant & Third-Party Plaintiff
                                United States of America

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing (PROPOSED) ORDER TO EXTEND TRIAL DATE was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Ronald H. Klein | cavin@earthlink.net | 5/1, 2009 |
| Madeline L. Buty | Kte@butycurliano.com | 5/1, 2009 |
| Ronnie R. Gipson | Cburnham@burnhambrown.com | 5/1, 2009 |

          /s Jeanne M. Franken
          JEANNE M. FRANKEN