```
TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
CHAD KAUFFMAN
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644; (415) 436-6646
E-mail:       jeanne.franken@usdoj.gov
                   chad.kauffman@usdoj.gov

Attorneys for Defendant & Third-Party Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON, | Civil No. C-07-3861-PJH |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive, | STIPULATED ORDER OF <u>CONTINGENT DISMISSAL</u> |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Cross-Claimant, | |
| v. | |

STIPULATED ORDER OF CONTINGENT DISMISSAL                    1                    Case No. C 07-3861 PJH

| | |
|---|---|
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | )<br>)<br>) |
| Cross-Defendant. | )<br>) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Cross-Defendant, | )<br>) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| v. | )<br>) |
| SEACOAST ELECTRONICS, INC., | )<br>) |
| Cross-Defendant. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| SEACOAST ELECTRONICS, INC., | )<br>) |
| Third-Party Defendant. | )<br>)<br>) |

This Court, having been informed that counsel for all the parties hereto have agreed to recommend an offer of settlement to their respective clients, which, if accepted, will result in a full and final settlement of all claims herein, it is hereby

///

1  ORDERED that plaintiff's complaint and action, and all other claims, cross-claims, counterclaims, third-party claims and claims of any other nature by or against all parties, be dismissed, without costs and without prejudice to the right of entry of a consent judgment and/or a voluntary dismissal thereon to commemorate the settlement and conclude the case, or, upon good cause shown, within ninety (90) days to have this Order of Dismissal set aside and the action and claims reinstated if the recommended settlement is not approved by all parties.

IT IS SO ORDERED this  23rd  day of  June , 20 09 , in San Francisco, California.

_____
UNITED STATES DISTRICT [IT IS SO ORDERED / Judge Phyllis J. Hamilton]

IT IS SO STIPULATED:

Dated: June  22 , 2009        TONY WEST
                              Assistant Attorney General
                              JOSEPH P. RUSSONIELLO
                              United States Attorney
                              R. MICHAEL UNDERHILL
                              Attorney in Charge, West Coast Office
                              Torts Branch, Civil Division

                              s/Jeanne M. Franken
                              _____
                              JEANNE M. FRANKEN
                              CHAD KAUFFMAN
                              Trial Attorneys
                              Torts Branch, Civil Division
                              U.S. Department of Justice

                              Attorneys for Defendant & Third-Party Plaintiff
                              United States of America

| | |
|---|---|
| Dated: June __15__, 2009 | Law Offices of Lyle C. Cavin, Jr. |
| | s/Christopher Goodroe |
| | _____ |
| | CHRISTOPHER GOODROE |
| | Attorneys for Plaintiff<br>Kari Preston |
| Dated: June __15__, 2009 | Buty & Curliano LLP |
| | s/Madeline L. Buty |
| | _____ |
| | MADELINE L. BUTY |
| | Attorneys for Defendant and Third-party Plaintiff<br>Bae Systems SF Ship Repairs, Inc. |
| Dated: June __15__, 2009 | Burnham Brown |
| | s/Ronnie R. Gipson |
| | _____ |
| | RONNIE R. GIPSON |
| | Attorneys for Third-Party Defendant<br>Seacoast Electronics, Inc. |

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

                                    s/Jeanne M. Franken
                                    JEANNE M. FRANKEN

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing proposed STIPULATED ORDER OF CONTINGENT DISMISSAL was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Ronald H. Klein | cavin@earthlink.net | June  22 , 2009 |
| Madeline L. Buty | Kte@butycurliano.com | June  22 , 2009 |
| Ronnie R. Gipson | Cburnham@burnhambrown.com | June  22 , 2009 |

s/Jeanne M. Franken

JEANNE M. FRANKEN