TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644; (415) 436-6646
E-mail:       jeanne.franken@usdoj.gov

Attorneys for Defendant & Third-Party Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive,<br><br>        Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>        Cross-Claimant,<br><br>        v. | Civil No. C-07-3861-PJH<br><br>IN ADMIRALTY<br><br><br>CONSENT JUDGMENT |

| | |
|---|---|
| 1  BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) |
| 2 | ) |
| 3             Cross-Defendant. | ) ) |
| 4  BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) |
| 5 | ) |
| 6             Cross-Claimant, | ) ) |
| 7             v. | ) ) |
| 8  UNITED STATES OF AMERICA, | ) ) |
| 9             Cross-Defendant, | ) ) |
| 10 BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) |
| 11 | ) |
| 12            Cross-Claimant, | ) ) |
| 13            v. | ) ) |
| 14 SEACOAST ELECTRONICS, INC., | ) ) |
| 15            Cross-Defendant. | ) ) |
| 16 UNITED STATES OF AMERICA, | ) ) |
| 17 | ) |
| 18            Third-Party Plaintiff, | ) ) |
| 19            v. | ) ) |
| 20 SEACOAST ELECTRONICS, INC., | ) ) |
| 21            Third-Party Defendant. | ) |

The above-captioned actions having been compromised, pursuant to an agreement otherwise commemorated and consisting of offer letters and an acceptance, whereby certain sums will be paid to the plaintiff in return for a dismissal with prejudice of all claims herein by and against all parties hereto once said sums are paid; and further

It being understood that a consent judgment against the United States must be entered in order for it to obtain its portion of the settlement proceeds from the United States Treasury; it is, therefore, upon the subjoined consents of counsel, hereby

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to the "Law Offices of Lyle C. Cavin, Jr. & Associates, in trust for plaintiff, Kari Preston", the sum of Sixteen Thousand, Six Hundred and Sixty-Six Dollars and Sixty-Six Cents ($16,666.66), without interest and without costs.

DONE and ORDERED this  4th  day of  August , 2009 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: August  3 , 2009            TONY WEST
                                   Assistant Attorney General
                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney
                                   R. MICHAEL UNDERHILL
                                   Attorney in Charge, West Coast Office
                                   Torts Branch, Civil Division

                                   s/Jeanne M. Franken
                                   _____
                                   JEANNE M. FRANKEN
                                   Trial Attorneys
                                   Torts Branch, Civil Division
                                   U.S. Department of Justice

                                   Attorneys for Defendant & Third-Party Plaintiff
                                   United States of America

| | |
|---|---|
| Dated: July  17 , 2009 | Law Offices of Lyle C. Cavin, Jr. |
| | s/Christopher Goodroe |
| | _____ |
| | CHRISTOPHER GOODROE |
| | |
| | Attorneys for Plaintiff |
| | Kari Preston |
| | |
| Dated: July  28 , 2009 | Buty & Curliano LLP |
| | s/Madeline L. Buty |
| | _____ |
| | MADELINE L. BUTY |
| | |
| | Attorneys for Defendant and Third-party Plaintiff |
| | Bae Systems SF Ship Repair, Inc. |
| | |
| Dated: July  17 , 2009 | Burnham Brown |
| | s/Ronnie R. Gipson |
| | _____ |
| | RONNIE R. GIPSON |
| | |
| | Attorneys for Third-Party Defendant |
| | Seacoast Electronics, Inc. |