TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644
E-mail:         jeanne.franken@usdoj.gov

Attorneys for Defendant & Third-Party Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARI PRESTON, | Civil No. C-07-3861-PJH |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, BAE SYSTEMS SF SHIP REPAIR, INC., and DOES 1 through 10, Inclusive, | STIPULATED DISMISSAL OF ALL REMAINING CLAIMS, WITH PREJUDICE |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Cross-Claimant, | |
| v. | |

| | |
|---|---|
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) ) |
| Cross-Defendant. | ) ) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) ) |
| Cross-Claimant, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Cross-Defendant, | ) ) |
| BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., | ) ) ) |
| Cross-Claimant, | ) ) |
| v. | ) ) |
| SEACOAST ELECTRONICS, INC., | ) ) |
| Cross-Defendant. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| SEACOAST ELECTRONICS, INC., | ) ) |
| Third-Party Defendant. | ) |

WHEREFORE, the parties hereto having informed the Court that all claims herein, by and againt all parties hereto, have been fully compromised, and

A consent judgment having been entered against the United States of America as part of that compromise, and said judgment now having been satisfied, and

The parties hereto having requested that the case, and all remaining claims and actions therein, be dismissed, with prejudice, it is therefore,

ORDERED that all remaining claims and actions shall be, and the same hereby are, dismissed, with prejudice, each party to bear its own costs.

It is so ORDERED this 9th day of September, 2009 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

We hereby request and consent to the entry of the foregoing Dismissal, with Prejudice:

Dated: September 8, 2009      TONY WEST
                              Assistant Attorney General
                              JOSEPH P. RUSSONIELLO
                              United States Attorney
                              R. MICHAEL UNDERHILL
                              Attorney in Charge, West Coast Office
                              Torts Branch, Civil Division

                              s/Jeanne M. Franken
                              _____
                              JEANNE M. FRANKEN
                              Trial Attorneys
                              Torts Branch, Civil Division
                              U.S. Department of Justice

                              Attorneys for Defendant & Third-Party Plaintiff
                              United States of America

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July __17__, 2009 | Law Offices of Lyle C. Cavin, Jr. |
| 2 | | |
| 3 | | s/Christopher Goodroe |
| 4 | | _____ |
| | | CHRISTOPHER GOODROE |
| 5 | | Attorneys for Plaintiff |
| | | Kari Preston |

Dated: July __17__, 2009         Law Offices of Lyle C. Cavin, Jr.

s/Christopher Goodroe
_____
CHRISTOPHER GOODROE
Attorneys for Plaintiff
Kari Preston

Dated: July __17__, 2009         Buty & Curliano LLP

s/Madeline L. Buty
_____
MADELINE L. BUTY

Attorneys for Defendant and Third-party Plaintiff
Bae Systems SF Ship Repairs, Inc.

Dated: July __17__, 2009         Burnham Brown

s/Ronnie R. Gipson
_____
RONNIE R. GIPSON

Attorneys for Third-Party Defendant
Seacoast Electronics, Inc.

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

          s/Jeanne M. Franken
          JEANNE M. FRANKEN